| Attorney or Party without Attorney:<br>Reza Mirzaie (SBN 246953)<br>RUSS AUGUST & KABAT<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, CA 90025<br>Telephone No: 310-826-7474<br>Attorney For: Plaintiff | Ref. No. or File No.:<br>4874-002K | For Court Use Only |
|---|---|---|

Insert name of Court, and Judicial District and Branch Court:
UNITED STATES DISTRICT COURT for the Western District of Texas

Plaintiff: VIRTAMOVE, CORP.
Defendant: ORACLE CORPORATION

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>7:25-cv-00368-DC |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Complaint; Civil Cover Sheet; Order To Transfer; Report on the Filing or Determination of an Action Regarding a Patent or Trademark; Plaintiff's Corporate Disclosure Statement

3. a. Party served:     ORACLE CORPORATION
   b. Person served:    Robin Hutt-Banks, Authorized to Accept Service for The Corporation Trust Company, Agent for Service of Process , authorized to accept served under F.R.C.P. Rule 4.

4. Address where the party was served:    1209 Orange Street, Wilmington, DE 19801

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thu, Sep 04 2025 (2) at: 09:40 AM

6. **Person Who Served Papers:**
   a. Eric Chrisco                          d. *The Fee* for Service was: $346.10
   b. FIRST LEGAL
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. (213) 250-1111

7. **I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**



09/05/2025
(Date)                                       (Signature)



PROOF OF SERVICE

14071714
(17433293)