| Attorney or Party without Attorney:<br>Reza Mirzaie (SBN 246953)<br>RUSS AUGUST & KABAT<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, CA 90025<br>Telephone No: 310-826-7474<br>Attorney For: Plaintiff | Ref. No. or File No.:<br>4874-002K | For Court Use Only |

Insert name of Court, and Judicial District and Branch Court:
UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS MIDLAND/ODESSA DIVISION

Plaintiff: VIRTAMOVE, CORP.
Defendant: ORACLE CORPORATION

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>7:25-cv-00368 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Complaint; Civil Cover Sheet; Order To Transfer; Report on the Filing or Determination of an Action Regarding a Patent or Trademark; Plaintiff's Corporate Disclosure Statement

3. a. Party served:      ORACLE CORPORATION
   b. Person served:   Lynanne Gares, Authorized to Accept Service for Corporation Service Company, Agent for Service of Process, served under F.R.C.P. Rule 4.

4. Address where the party was served:   251 Little Falls Drive, Wilmington, DE 19808

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thu, Sep 11 2025 (2) at: 01:50 PM

6. **Person Who Served Papers:**
   a. Charles Hall
   **b. FIRST LEGAL**
   1517 W. Beverly Blvd.
   LOS ANGELES, CA 90026
   c. (213) 250-1111

   d. *The Fee for Service was:* $346.10

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

09/12/2025
(Date)

(Signature)



PROOF OF SERVICE

14130698
(17445772)