UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| VIRTAMOVE, CORP., <br>         Plaintiff, <br><br> v. <br><br> ORACLE CORP., <br>         Defendant. | Case No. 7:25-cv-00368-ADA <br><br> **JURY TRIAL DEMANDED** |

### NOTICE OF EXTENSION TO DEADLINES TO ANSWER OR OTHERWISE RESPOND

Plaintiff VirtaMove, Corp. ("VirtaMove") hereby provides notice that the parties have agreed to extend Defendant Oracle Corporation's ("Oracle") deadline to answer, move or otherwise respond to VirtaMove's Complaint for Patent Infringement (Dkt. 1). The current deadline is October 2, 2025. The Parties[1] have agreed that this deadline be extended by 45 days until November 17, 2025. This extension will not change the date for any hearing, any final submission to the Court related to a hearing, or the trial.

Dated: September 26, 2025         */s/ Peter Tong*

                                           Reza Mirzaie (CA SBN 246953)
                                           rmirzaie@raklaw.com
                                           Marc A. Fenster (CA SBN 181067)
                                           mfenster@raklaw.com
                                           Neil A. Rubin (CA SBN 250761)
                                           nrubin@raklaw.com
                                           Jacob R. Buczko (CA SBN 269408)
                                           jbuczko@raklaw.com
                                           James S. Tsuei (CA SBN 285530)
                                           jtsuei@raklaw.com
                                           James A. Milkey (CA SBN 281283)

---

[1] With Diana Rutowski of Orrick, who represented that she will be appearing on behalf of Oracle.

jmilkey@raklaw.com
Christian W. Conkle (CA SBN 306374)
cconkle@raklaw.com
Jonathan Ma (CA SBN 312773)
jma@raklaw.com
Daniel Kolko (CA SBN 341680)
dkolko@raklaw.com
Mackenzie Paladino (NY SBN 6039366)
mpaladino@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
Telephone: (310) 826-7474

Qi (Peter) Tong (TX SBN 24119042)
ptong@raklaw.com
**RUSS AUGUST & KABAT**
8080 N. Central Expy., Suite 1503
Dallas, TX 75206
Telephone: (310) 826-7474

*Attorneys for Plaintiff VirtaMove, Corp.*

## **CERTIFICATE OF SERVICE**

I certify that on September 26, 2025, a true and correct copy of the foregoing document was electronically filed with the Court and served on all parties of record via the Court's CM/ECF system, and served on Oracle Corp. via email to Diana Rutowski of Orrick (drutowski@orrick.com).

/s/ Peter Tong
Peter Tong (TX SBN 24119042)
**RUSS AUGUST & KABAT**
8080 N. Central Expy., Suite 1503
Dallas, TX 75206
Telephone: (310) 826-7474