**UNITED STATES DISTRICT COURT<br>
FOR THE WESTERN DISTRICT OF TEXAS<br>
MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| VIRTAMOVE, CORP.,<br>      Plaintiff,<br><br>v.<br><br>ORACLE CORP.,<br>      Defendant. | Case No. 7:25-cv-00368-ADA |

**JOINT MOTION AND STIPULATION<br>
TO TRANSFER VENUE TO AUSTIN DIVISION**

WHEREAS, on August 27, 2025, Plaintiff VirtaMove, Corp. ("VirtaMove") filed the above-captioned case against Defendant Oracle Corp. ("Oracle") (collectively, the "Parties") in the Midland/Odessa division of the Western District of Texas;

WHEREAS, the above-captioned case could have been brought in the Austin Division of the Western District of Texas;

WHEREAS, on October 1, 2025, the Court ordered the transfer of another case (No. 7:24-cv-00339-ADA) involving the same Parties to Austin Division of the Western District of Texas;

WHEREAS, the parties have met and conferred and agree to stipulate to transfer this case to the Austin Division of the Western District of Texas (instead of elsewhere) because, based on the unique facts of this case, the Austin Division is more convenient than the Midland/Odessa Division;

NOW, THEREFORE, the parties stipulate and jointly move this Court to enter an Order transferring the above-captioned case to the Austin Division of the Western District of Texas pursuant to 28 U.S.C. § 1404(b).

Jointly submitted on October 8, 2025

| | |
|---|---|
| */s/ Peter Tong* | /s/ *Darryl J. Adams* |

Reza Mirzaie (CA SBN 246953)
rmirzaie@raklaw.com
Marc A. Fenster (CA SBN 181067)
mfenster@raklaw.com
Neil A. Rubin (CA SBN 250761)
nrubin@raklaw.com
Jacob R. Buczko (CA SBN 269408)
jbuczko@raklaw.com
James S. Tsuei (CA SBN 285530)
jtsuei@raklaw.com
James A. Milkey (CA SBN 281283)
jmilkey@raklaw.com
Christian W. Conkle (CA SBN 306374)
cconkle@raklaw.com
Jonathan Ma (CA SBN 312773)
jma@raklaw.com
Daniel Kolko (CA SBN 341680)
dkolko@raklaw.com
Mackenzie Paladino (NY SBN 6039366)
mpaladino@raklaw.com
**RUSS AUGUST & KABAT**
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
Telephone: (310) 826-7474

Qi (Peter) Tong (TX SBN 24119042)
ptong@raklaw.com
**RUSS AUGUST & KABAT**
8080 N. Central Expy., Suite 1503
Dallas, TX 75206
Telephone: (310) 826-7474

*Attorneys for Plaintiff VirtaMove, Corp.*

Darryl J. Adams
TX Bar No. 00796101
dadams@sgbfirm.com
**Slayden Grubert Beard PLLC**
401 Congress Ave., Suite 1650
Austin, Texas 78701
Tel. 512-402-3550

*Attorney for Defendant Oracle Corporation*

## CERTIFICATE OF SERVICE

    I certify that on October 8, 2025, a true and correct copy of the foregoing document was electronically filed with the Court and served on all parties of record via the Court's CM/ECF system.

*/s/ Darryl J. Adams*
Darryl J. Adams