UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| VIRTAMOVE, CORP.,<br>    Plaintiff,<br><br>v.<br><br>ORACLE CORP.,<br>    Defendant. | Case No. 7:25-cv-00368-ADA |

## ORDER GRANTING JOINT MOTION AND STIPULATION
## TO TRANSFER VENUE TO AUSTIN DIVISION

The Court has considered VirtaMove's and Oracle's Joint Motion and Stipulation to Transfer Venue to Austin Division and is of the opinion that the Motion should be **GRANTED**. The Clerk of Court is **DIRECTED** to take all actions necessary to **TRANSFER** the above-captioned case to the Austin Division of this Court. **IT IS FURTHER ORDERED** that the case will remain on the docket of United States District Judge Alan D Albright.

IT IS SO ORDERED.

Dated: October _____ , 2025

_____
HONORABLE ALAN D ALBRIGHT
UNITED STATES DISTRICT COURT JUDGE