**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

VIRTAMOVE, CORP.,
        Plaintiff,

    v.

ORACLE CORP.,
        Defendant.

Case No. 7:25-cv-00368-ADA

**ORDER GRANTING JOINT MOTION AND STIPULATION
TO TRANSFER VENUE TO AUSTIN DIVISION**

The Court has considered VirtaMove's and Oracle's Joint Motion and Stipulation to Transfer Venue to Austin Division and is of the opinion that the Motion should be **GRANTED**. The Clerk of Court is **DIRECTED** to take all actions necessary to **TRANSFER** the above-captioned case to the Austin Division of this Court. **IT IS FURTHER ORDERED** that the case will remain on the docket of United States District Judge Alan D Albright.

IT IS SO ORDERED.

SIGNED on October 9, 2025.

HONORABLE ALAN D ALBRIGHT
UNITED STATES DISTRICT COURT JUDGE